IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KEITH D. MATTHEWS,**
**ADC #143644**                                                                                      **PLAINTIFF**

V.                      Case No. 2:14-cv-00033 KGB/JTR

**LEROY GOLATT, Sergeant,**
**East Arkansas Regional Unit, ADC, et al.**                                          **DEFENDANTS**

### ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 28). No objections have been filed, and the time to do so has passed. After careful review, the Court approves and adopts the Recommended Disposition in its entirety as this Court's findings in all respects. Therefore, the Court grants defendants' motion for summary judgment (Dkt. No. 21) and dismisses without prejudice this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order would not be taken in good faith.

SO ORDERED this 11th day of August, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE