IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KEITH D. MATTHEWS,**
**ADC #143644**                                                                                          **PLAINTIFF**

V.                              Case No. 2:14-cv-00033 KGB/JTR

**LEROY GOLATT, Sergeant,**
East Arkansas Regional Unit, ADC, et al.                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered in this matter on this date, the Court dismisses without prejudice this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of the Order and Judgment in this case would not be taken in good faith.

SO ORDERED this 11th day of August, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE